IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02377-REB-KMT

UNITED STATES OF AMERICA for the use of HORIZON GLASS & GLAZING COMPANY, a Colorado corporation,

      Plaintiff,

v.

NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
MORRIS C. SEARS, d/b/a ABBA BONDING COMPANY,

      Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendant's "Motion to Attend Settlement Conference via Telephone" (#30, filed April 17, 2008) is DENIED. Defendant Sears, d/b/a/ ABBA Bonding Company, failed to confer with Plaintiff before filing his present motion. The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Dated: April 21, 2008