IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-02377-REB-KMT | FTR |
| Date: April 28, 2008 | Debra Brown, Deputy Clerk |
| HORIZON GLASS & GLAZING COMPANY | Jeffrey Stalder |
| Plaintiff(s), | |
| v. | |
| NEWSTROM-DAVIS CONSTRUCTION | Kent Long |
| MORRIS C. SEARS | Pro se |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**SETTLEMENT PLACED ON THE RECORD**

**Court in Session : 12:53 p.m.**

Court calls case. Appearances of parties and counsel.

The Settlement Agreement is reviewed and placed on the record.

**ORDERED:** The Settlement Agreement is approved and shall be confidential.

**ORDERED:** Parties shall submit their Joint Stipulated Motion for Dismissal to Judge Blackburn no later than **June 13, 2008.**

**ORDERED:** The [23] MOTION to Amend/Correct/Modify [1] Complaint, by Plaintiff is GRANTED.

**ORDERED:** Should the settlement agreement not go forward, Defendants shall have twenty (20) days after June 13, 2008 to file an answer to Plaintiff's Amended Complaint.

**ORDERED:** All further hearings before Magistrate Judge Tafoya are VACATED.

**Court in Recess: 12:57 p.m.**
Total In-Court Time 0:04; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.