**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02377-REB-KMT

UNITED STATES OF AMERICA for the use of HORIZON GLASS & GLAZING COMPANY, a Colorado corporation,

    Plaintiff,

v.

NEWSTROM-DAVIS CONSTRUCTION COMPANY OF COLORADO, a Colorado corporation, and
MORRIS C. SEARS, d/b/a ABBA BONDING COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before is are the parties' **Stipulation For Dismissal With Prejudice** [#38] filed June 30, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#38] filed June 30, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for January 30, 2009, is **VACATED**;

3. That the trial to the court set to commence February 9, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated June 30, 2008, at Denver, Colorado.

BY THE COURT:

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**